64,147-03

RE: Tx. Ct. Crim. Appeals
P.O. Box 12308 Cap. Sta.
Ct. Clerk Able Acosta
Austin, Tx. 78711 - 2308

Dear Sirs Or Madams:

I Have Appealed, You Have Copie Of Mandamus,
Whats Next?

Yours Truly
Darrell Roberts 1273928
Lynaugh Unit Prison
1098 S. Hwy 2037 Pecos, Co.,
Ft Stockton Tx 79735

Del Rob Pro-se

Certificate Of Service
I Darrell Roberts 1273928 Pro se Do Here By
Certify That A True And Correct Copy Of The Fore
Going Has Been Sent By U.S. Mail Postage
Prepaid 8-28-15 Addressed To:

Tx. Ct. Crim. Appeals
Ct. Clerk Abel Acosta
P.O. Box 12308 Cap. Sta.
Austin, Tx. 78711 - 2308

Sincerely
Darrell Roberts 1273928

Del Rob Pro-se

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk